**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 24-cr-467 |
| v. | : | |
| | : | |
| CHARLES MOZINGO, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S UNOPPOSED MOTION TO CONVERT STATUS CONFERENCE TO PLEA AGREEMENT HEARING AND CONTINUE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests the status conference scheduled for October 22, 2024 be converted to a plea agreement hearing and continued to October 29, 2024 or afterwards at the convenience of the Court and Defendant. A short continuance is in the interests of justice as the undersigned is unavailable on October 22, 2024 and the additional time will allow the parties to prepare for the plea agreement hearing. The Defendant does not object to this motion, agrees to toll time under the Speedy Trial Act until the plea agreement hearing, and is available on October 29, 2024.

**I.     Conclusion**

For the reasons stated above, the United States respectfully requests that the Court grant the motion to convert the upcoming status conference to a plea agreement hearing and continue to a later date.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     */s/ Shalin Nohria*

Shalin Nohria
Assistant United States Attorney
D.C. Bar No. 1644392
United States Attorney's Office
Washington, D.C.